

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2018

No. 04-17-00704-CV

Russell **AMSBERRY,**
Appellant

v.

Alejandra **SALAZAR,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17196
The Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due February 16, 2018.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court